IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

James Mazi Parsa - # 153389

CV 09 80 333 MISC

## ORDER TO SHOW CAUSE

It appearing that James Mazi Parsa has been suspended following a criminal conviction by the State Bar of California effective October 16, 2009, and additionally he has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and he may not practice law while so enrolled effective October 27, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

James Mazi Parsa
James M Parsa & Associates PLC
3200 Park Center Dr Ste 1300
Costa Mesa, CA 92626