OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**CERTIFIED MAIL™**

7008 1300 0000 9802 7724

7008 1300 0000 9802 7724

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

**For delivery information visit our website at www.usps.com®**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

CV-09-80333
misc vrw

Sent To JAMES MAZI PARSA

Street, Apt. No.; or PO Box No. 3200 PARK CENTER DR. STE. 1300

City, State, ZIP+4 COSTA MESA, CA 92626

PS Form 3800, August 2006 — See Reverse for Instructions

ARSA
& ASSOC., PLC
NTER DR.
CA 92626