IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:            No CV-09-80333 MISC VRW

James Mazi Parsa,             ORDER

    State Bar No 153389
_____/

        The court having been informed that the prior order to show cause entered in this matter may have been mailed to an incorrect address, the clerk is directed again to mail the court's order of December 17, 2009, to the correct address for Mr Parsa as registered with the State Bar of California.

        Mr Parsa is directed to respond in writing on or before April 23, 2010, to the court's December 17, 2009, order and show cause, if any, why he should not removed from the roll of attorneys authorized to practice before this court based upon his suspension by the State Bar of California.

        IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

JAMES M. PARSA

State Bar No. 153389

Case Number: CV09-80333 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Mazi Parsa
PO Box 27160
Anaheim, CA 92809

Dated: March 8, 2010

Richard W. Wieking, Clerk

By: Frank Justiliano, Deputy Clerk