**FILED**

JUL 0 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In the Matter of:<br><br>James Mazi Parsa,<br><br>State Bar No. 153389.<br>_____ / | NO. C 09-80333 MISC JW<br><br>**ORDER OF REMOVAL** |

On December 17, 2009, this Court issued an Order to Show Cause (OSC) why James Mazi Parsa should not be removed from the roll of attorneys authorized to practice law before this Court, based on his suspension by the State Bar of California, effective October 27, 2009..

The OSC was mailed to Mr. Parsa's address of record with the State Bar on March 8, 2010. A written response was due on or before April 23, 2010. No response to the OSC has been filed as of this date.

The Court now orders Mr. Parsa removed from the roll of attorneys authorized to practice before this Court. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: July 1, 2011

_____
JAMES WARE
United States District Chief Judge